# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PETITION
OF FORMA PAUPERIS REQUEST.

GENE ANTHONY ALLEN,
                          Appellant,
                vs.
THE STATE OF NEVADA,
                          Respondent.

No. 74510

FILED

MAR 14 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This pro se appeal is from an order of the district court denying appellant's motion to proceed in forma pauperis. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule authorizes an appeal from such an order. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); NRS 12.015(7) (orders regarding indigency are not appealable). We therefore lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISED.

_____, J.
              Pickering

_____ J.
Gibbons

_____, J.
              Hardesty

18-09999

cc:   Hon. Elizabeth Goff Gonzalez, Chief Judge
Gene Anthony Allen
Attorney General/Carson City
Eighth District Court Clerk

